# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 903 | **DATE** | 11/1/2010 |
| **CASE TITLE** | Sharon M. Marcellino vs. FedEx | | |

**DOCKET ENTRY TEXT**

Jury Trial called. Counsel for the parties advised the Court that the parties have reached a settlement. The parties having been warned, each party is hereby assessed equally, the expense for the 28 jurors ordered at a rate of $60.00 per juror pursuant to Local Rule 54.2. The total amount due is $1,680.00. Each party shall pay to the Clerk of Court $840.00. The instant action is hereby ordered dismissed, with prejudice, pursuant to settlement. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.
Docketing to provide a copy of this order to the Clerk's Financial Department

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|